JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.A., <br> Plaintiff, <br> v. <br> ANDREW SAUL, Commissioner of Social Security, <br> Defendant. | Case No. 2:19-cv-08628-SHK <br><br> JUDGMENT |

It is the judgment of this Court that this case is DISMISSED without prejudice consistent with this Court's Order.

DATED: 2/19/2020

_____
HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge